IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DARRIN A. GRUENBERG,

                Plaintiff,             ORDER

   v.
                                                   11-cv-574-slc

DUSTIN KINGSLAND and
STEVEN MUELLER,

                Defendants.

---

On August 21, 2012, plaintiff Darrin Gruenberg filed a letter to the court in which he complains that he has been denied a legal loan and has no funds with which to "effectively respond to defendants' looming proposed motion for summary judgment." In support of his request for assistance, plaintiff submits an August 13, 2012 canteen statement and an August 6, 2012 memorandum from the WSPF business office, advising plaintiff that he is not eligible for a legal loan at this time because he has over $800 in outstanding legal loan debt. Plaintiff asks for court assistance or alternatively to stay the case. *See* dkt. 46. Plaintiff's motion will be denied.

The deadline for filing dispositive motions was August 20, 2012. Defendants did not file such a motion or ask for more time with which to do so. Accordingly, plaintiff's concerns about having adequate resources with which to respond to a summary judgment motion are moot. Plaintiff points to no other specific task which he is unable to complete. To the contrary, plaintiff has filed voluminous discovery requests on defendants and has been able to meet deadlines and file documents, including a recent objection to defendants expert witness disclosures. As plaintiff was previously advised, if he finds himself genuinely unable to respond to defendants or to the court, then he is free to renew his motion. However, plaintiff should explain in detail what he is trying to submit and how he is being prevented from accomplishing

that task. Because it appears that this case is headed to trial, plaintiff is advised to carefully read the January 19, 2012 pretrial conference order to guide his trial preparations.

ORDER

IT IS ORDERED that plaintiff Darrin Gruenberg's motion for court assistance, dkt. 46, is DENIED.

Entered this 24th day of August, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge