IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARRIN A. GRUENBERG,

    Plaintiff,

v.

DUSTIN KINGSLAND and
STEVEN MUELLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-574-slc

This action came for consideration before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered a verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dustin Kingsland and Steven Mueller and this case is dismissed.

Approved as to form this 23rd day of January, 2013.

_____
Stephen L. Crocker
Magistrate Judge

_____    1/25/13
Peter Oppeneer, Clerk of Court    Date